```
JAMES ROBERTS, SBN 98804
SHARMI SHAH SBN 233110
ROBERTS& ELLIOTT LLP
150 Almaden Boulevard, Suite 950
San Jose, CA   95113
Telephone: (408) 275-9800
Fax: (408) 287-3782
e-mail: jroberts@robertselliott.com
        sshah@robertselliott.com
```

Attorneys for Claimants
Da Lee, Seng Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CV 13-5641 SBA |
| Plaintiff, | STIPULATION TO SET A CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| v. | |
| APPROXIMATELY $86,520 IN UNITED STATES CURRENCY, | |
| Defendant. | |
| DA LEE and SENG LEE, | |
| Claimants. | |

     The parties agree, subject to the Court's approval, to set a Case Management Conference on or after April 3, 2014, at a date convenient with the Court, with a preferred date of April 24 at 2:30 pm.

     The parties further agree to file a Joint Case Management at least ten days before the Case Management Conference, as per Judge Armstrong's Standing Orders.  The joint case management statement will address the topics set forth in Civ L.R. 16-9.

///

///

STIP. TO SET CMC AND [PROPSED] ORDER
CV 13-5641 SBA                                                                 1

**IT IS SO STIPULATED:**

Dated: March 17, 2014              MELINDA HAAG
                                   United States Attorney

                                    _/S/ Gregg Lowder_
                                   GREGG LOWDER
                                   Assistant United States Attorney

Dated:  March 24, 2014             ROBERTS & ELLIOTT LLP

                                    _/S/ James Roberts_
                                   JAMES ROBERTS
                                   Attorneys for Claimants

## [PROPOSED] ORDER

**IS SO ORDERED** that a Case management Conference is set for April 24, 2014, at 3:30 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated:  3/25/2014

                                   _Saundra B. Armstrong_
                                   Saundra Brown Armstrong
                                   U.S. District Judge

STIP. TO SET CMC AND [PROPSED] ORDER
CV 13-5641 SBA                                 2