UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY $86,520 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant. | Case No. 13-cv-05641-SBA (EDL)<br><br>**ORDER**<br><br>Re: Dkt. No. 25 |

　　　This Court is in receipt of a letter from Plaintiff, dated September 22, 2014, asking the Court to issue an order compelling Claimant Seng Lee ("Claimant") to attend a deposition on October 8, 2014, or be subject to terminating sanctions. Claimant is hereby ordered to file a response of no more than 3 pages by October 2, 2014. Claimant is warned that failure to comply with this order or discovery obligations can result in terminating sanctions.

　　　**IT IS SO ORDERED**.

Dated: September 29, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge