UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $86,520 IN UNITED STATES CURRENCY,<br><br>    Defendant. | Case No. 13-cv-05641-SBA   (EDL)<br><br>**ORDER**<br><br>Re: Dkt. No. 25 |

On September 29, 2014, this Court ordered Claimant Seng Lee ("Claimant") to respond to Plaintiff's September 22, 2014, letter asking the Court to issue an order compelling Claimant to attend a deposition on October 8, 2014, or be subject to terminating sanctions. On October 2, 2014, Claimant's attorney responded, stating that he is "not presently in contact with Claimant" and that he has not been in communication with Claimant since "the day before his scheduled deposition" that Claimant failed to attend. (Dkt. 29.) Good cause appearing, Claimant is hereby ORDERED to attend the October 8, 2014 deposition. Claimant's counsel is ORDERED to file a declaration detailing his efforts to inform Claimant of this order, which, if necessary, shall include attempts at both telephone and e-mail contact, by no later than October 7, 2014. Claimant is again warned that failure to comply with this order or discovery obligations can result in terminating sanctions.

**IT IS SO ORDERED**.

Dated: October 6, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge