MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

GREGG W. LOWDER (CABN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Gregg.Lowder@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> APPROXIMATELY $86,520 IN UNITED STATES CURRENCY, <br>     Defendant. <br><br> DA LEE and SENG LEE, <br>     Claimants. | CV 13-5641 SBA (EDL) <br><br> SETTLEMENT AGREEMENT AND [PROPOSED] JUDGEMENT OF FORFEITURE, AND DISMISSAL OF THE CLAIM AND ANSWER, AS TO CLAIMAINT DA LEE |

The parties stipulate and agree as follows:

1.     Plaintiff is the United States of America ("United States"). Defendant is approximately $86,520 in United States Currency seized on June 5, 2013 ("defendant currency"). After proper notification and publication was given, Da Lee filed a claim and answer in this action, being the sole claimant to $42,020 of the defendant currency. The United States and Da Lee are hereafter referred to as the "parties" in this Settlement Agreement.

2.     The parties agree that this resolution in this action is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Settlement Agreement has been freely

SETTLEMENT AND ~~PROPOSED~~ JUDGMENT (DA LEE)
CV 13-5641 SBA (EDL)                                       1

and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Settlement Agreement. This Settlement Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Settlement Agreement in lieu of continued protracted litigation and District Court adjudication.

3. This settlement is a compromise over disputed issues and does not constitute any admission of wrongdoing or liability by any party.

4. Da Lee asserts that he is the sole owner of the $42,020 of the defendant currency, an amount which he solely claimed in his claim and answer.

5. Da Lee admits and agrees that sufficient evidence exists to establish the judicial forfeiture of the $42,020 of the defendant currency (plus all interest accrued on that amount) pursuant to Title 21, United States Code, Section 881(a)(6), to which Da Lee made sole claim. Da Lee now consents to its forfeiture to the United States, without further notice to him. Da Lee relinquishes all right, title, and interest in $42,020 of the defendant currency and agrees that $42,020 of the currency to which he made sole claim shall be forfeited to the United States and disposed of according to law by the United States.

6. Da Lee, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all claims, defenses, actions, or liabilities arising out of or related to this action against the defendant currency.

7. The parties agree that each party shall pay its own attorneys' fees and costs.

8. This Settlement Agreement does not address the claim of Seng Lee, the brother of Da Lee, who has made sole claim, and filed answer in this action, to the remaining $44,500 of the defendant currency. Seng Lee is entering a separate settlement agreement.

9. Based on the foregoing Settlement Agreement between the United States and Da Lee, the parties agree that, subject to the Court's approval, the proposed Judgment of Forfeiture

///

///

///

SETTLEMENT AND ~~PROPOSED~~ JUDGMENT (DA LEE)
CV 13-5641 SBA (EDL)    2

that is submitted below with this Settlement Agreement be entered and that Da's Lees claim and answer in this action be dismissed.

**IT IS SO STIPULATED:**

MELINDA HAAG
United States Attorney

Dated: 10/9/2014

_____
GREGG W. LOWDER
Assistant United States Attorney

Dated: October 8, 2014

_____
DA LEE
Claimant

Dated: 10/9/14

_____
SHARMI SHAH
Attorney for Da Lee

## [PROPOSED] JUDGMENT OF FORFEITURE

UPON CONSIDERATION of the Settlement Agreement and the record, and for good cause shown, it is by the Court on this __14th__ day of __October__, 2014,

ORDERED, ADJUDGED AND DECREED that $42,020 of the defendant currency be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and it is FURTHER ORDERED that the claim and answer of Da Lee in this action be, and hereby is, DISMISSED.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge